# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| KEITH NELSON,<br><br>　　　　Plaintiff,<br>　vs.<br><br>PORTFOLIO RECOVERY SERVICES LLC.,<br><br>　　　　Defendant. | Case No.: **1:09-cv-01632-OWW-GSA**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Voluntary Dismissal and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 22, 2009

　　　　　　　　　　　　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　United States Senior District Judge

Order

PDF created with pdfFactory trial version www.pdffactory.com